IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K BUSTER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK, MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, MECHANICS BANK, a California Corporation,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 16-01146 WHA<br><br>**ORDER EXTENDING DEADLINES FOR RESPONSE AND REPLY PAPERS RE DEFENDANTS' MOTION TO DISMISS** |

　　　The parties have stipulated to extend the deadlines for filing briefs regarding defendants' pending motion to dismiss. The deadline for plaintiff to file his response is hereby extended to **MAY 27**, and the deadline for any reply shall be **JUNE 10**. The parties also seek to schedule the hearing for August 25, in light of defense counsel's conflicts on the dates of earlier available hearings. That request is **DENIED**. The hearing is set for **JULY 14, AT 8:00 A.M.**

　　　Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue this motion.

　　　**IT IS SO ORDERED.**

Dated:　May 18, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE