IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. BUSTER,<br><br>    Plaintiff,<br><br>  v.<br><br>COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK, MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, MECHANICS BANK, a California Corporation,<br><br>    Defendants.<br>_____ / | No. C 16-01146 WHA<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |

Plaintiff filed an amended complaint. Defendants stated their pending motion to dismiss should be denied as moot without prejudice to a renewed motion directed at the amended pleadings. Defendants' motion to dismiss is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: June 2, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE