1  R. Bradford Huss (SBN 71303)
   TRUCKER ✦ HUSS
2  A Professional Corporation
   One Embarcadero Center, 12th Floor
3  San Francisco, California  94111
   Telephone:     (415) 788-3111
4  Facsimile:     (415) 421-2017
   E-mail:        bhuss@truckerhuss.com
5
   Joseph C. Faucher (SBN 137353)
6  TRUCKER ✦ HUSS
   A Professional Corporation
7  633 West 5th Street, 26th Floor
   Los Angeles, CA 90071
8  Telephone:     (213) 537-1016
   Facsimile:     (213) 537-1020
9  E-mail:        jfaucher@truckerhuss.com

10 Attorneys for Defendants
   COMPENSATION COMMITTEE OF THE
11 BOARD OF DIRECTORS OF MECHANICS BANK;
   MECHANICS BANK SUPPLEMENTAL
12 EXECUTIVE RETIREMENT PLAN,
   MECHANICS BANK, a California Corporation
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16 STEVEN K. BUSTER,                    Case No.:  3:16-cv-01146-WHA

17                                      **STIPULATION AND [PROPOSED]
              Plaintiff,                **ORDER EXTENDING TIME FOR
18                                      DEFENDANTS TO RESPOND TO
                                        PLAINTIFF'S AMENDED COMPLAINT**
19         vs.
                                        [Filed concurrently with Declaration of
20 COMPENSATION COMMITTEE OF THE        Joseph C. Faucher pursuant to L-R 6-2(a)]
   BOARD OF DIRECTORS OF MECHANICS
21 BANK; MECHANICS BANK
   SUPPLEMENTAL EXECUTIVE
22 RETIREMENT PLAN, MECHANICS
   BANK, a California Corporation,
23
              Defendants.
24

25

26

27

28

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED
COMPLAINT;  Case No. 3:16-cv-01146-WHA

159153.v2

*Trucker ✦ Huss*
*A Professional Corporation*
*One Embarcadero Center, 12th Floor*
*San Francisco, California  94111*

1    Defendants COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF

2    MECHANICS BANK; MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT

3    PLAN and MECHANICS BANK (collectively, "Defendants") and Plaintiff Steven K. Buster

4    ("Plaintiff") (together hereafter the "Parties") hereby stipulate and agree, by and through their

5    respective counsel, to extend the time for Defendants to answer Plaintiff's First Amended

6    Complaint until Monday, June 20, 2016.

7    Plaintiff filed the First Amended Complaint on Friday, May 27, 2016, Defendant would

8    normally have until Friday, June 10, 2016 to respond to Plaintiff's First Amended Complaint. The

9    reasons for the requested enlargement or shortening of time are that Plaintiff's First Amended

10   Complaint, which was filed in the afternoon of May 27, 2016 (before the beginning of the three day

11   Memorial Day weekend) has added an additional claim for relief beyond those asserted in the

12   original Complaint, and asserts additional factual allegations. Defendants require additional time

13   beyond the time provided for in the Federal Rules of Civil Procedure to review the First Amended

14   Complaint and to prepare a response.

15   Defendants previously obtained a thirty (30) day extension of time, from April 6, 2016 to

16   May 6, 2016, to respond to the original Complaint in this matter, by stipulation. The proposed order

17   extending the time to respond to the First Amended Complaint will not alter the date of any event or

18   any deadline already fixed by Court order.  This Stipulation is made and entered into pursuant to

19   Local Rule 6-2(a).

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   Order re:

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111

-2-

**THE PARTIES THEREFORE AGREE AND STIPULATE AS FOLLOWS:**

Defendants will respond to the First Amended Complaint on or before June 20, 2016.

DATED: June 8, 2016                    TRUCKER ✦ HUSS


By:  /s/Joseph C. Faucher
R. Bradford Huss
Joseph C. Faucher
Attorneys for Defendants
COMPENSATION COMMITTEE OF THE
BOARD OF DIRECTORS OF MECHANICS
BANK; MECHANICS BANK SUPPLEMENTAL
EXECUTIVE RETIREMENT PLAN,
MECHANICS BANK, a California Corporation

DATED:  June 8, 2016                   LOUDERBACK LAW GROUP


By:  /s/ Charles M. Louderback
Charles M. Louderback
Attorneys for Plaintiff
STEVEN K. BUSTER

I attest that I have obtained Mr. Louderback's concurrence in the filing of this document.

DATED:  June 8, 2016                   /s/Joseph C. Faucher
Joseph C. Faucher

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  June 9      , 2016
_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED
COMPLAINT;  Case No. 3:16-cv-01146-WHA

159153.v2