R. Bradford Huss (SBN 71303)
Dylan D. Rudolph (SBN 278707)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
drudolph@truckerhuss.com

Joseph C. Faucher (SBN 137353)
TRUCKER ✦ HUSS
A Professional Corporation
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

Attorneys for Defendants
COMPENSATION COMMITTEE OF THE
BOARD OF DIRECTORS OF MECHANICS BANK;
MECHANICS BANK SUPPLEMENTAL
EXECUTIVE RETIREMENT PLAN,
MECHANICS BANK, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. BUSTER,<br><br>Plaintiff,<br><br>vs.<br><br>COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK; MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, MECHANICS BANK, a California Corporation,<br><br>Defendants. | Case No.: 3:16-cv-01146-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT COURT-ORDERED DEPOSITIONS OF PLAINTIFF STEVEN BUSTER AND DIANNE FELTON OF MECHANICS BANK**<br><br>[Filed concurrently with Declaration of Joseph C. Faucher pursuant to L-R 6-2(a)] |

Order re:

STIPULATION EXTENDING TIME TO CONDUCT THE COURT-ORDERED DEPOSITIONS OF PLAINTIFF STEVEN BUSTER AND DIANNE FELTON; Case No. 3:16-cv-01146-WHA

-1-

1    Defendants COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF
2    MECHANICS BANK; MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT
3    PLAN and MECHANICS BANK (collectively, "Defendants") and Plaintiff Steven K. Buster
4    ("Plaintiff") (together hereafter the "Parties") hereby stipulate and agree, by and through their
5    respective counsel, to extend the time for the Parties to conduct the court-ordered depositions of
6    Plaintiff Steven Buster and Dianne Felton of Mechanics Bank, to now take place on July 6, 2016.

7    WHEREAS, on June 9, 2016, the Court ordered that one-hour depositions of Plaintiff
8    Steven Buster and Dianne Felton shall be taken on or before June 30, 2016, and specifically to take
9    place on June 27, 2016 at 9:00 a.m. at the offices of Plaintiff's counsel, Louderback Law Group,
10   located at 44 Montgomery Street, Suite 2970, San Francisco, California 94104.  (Docket #41.)

11   WHEREAS, good cause exists to extend the time to take the depositions of Plaintiff Steven
12   Buster and Dianne Felton by reason of the fact that Dianne Felton is largely unavailable during the
13   entire month of June.  To accommodate their respective schedules, and at the same time proceed
14   with the depositions at the earliest possible date, the Parties have agreed to proceed with the one-
15   hour depositions of Plaintiff Steven Buster and Dianne Felton on July 6, 2016 at 9:00 a.m. at the
16   offices of Plaintiff's counsel, Louderback Law Group, located at 44 Montgomery Street, Suite 2970,
17   San Francisco, California 94104.

18   The Parties have not requested any prior extensions of time to conduct the depositions of
19   Plaintiff Steven Buster or Dianne Felton. Prior time modifications in this case, whether by
20   stipulation or Court order, include: (1) Defendants previously obtained a thirty (30) day extension of
21   time, from April 6, 2016 to May 6, 2016, to respond to the original Complaint in this matter, by
22   stipulation; (2) the Court issued an Order Extending Deadlines for Response and Reply Papers re
23   Defendants' Motion to Dismiss on May 18, 2016 (Docket #28); and (3) the Court issued an Order
24   Extending Time for Defendants to Respond to Plaintiff's Amended Complaint on June 9, 2016
25   (Docket #39). The proposed order extending the time to conduct said depositions to July 6, 2016
26   will not alter the date of any event or any deadline already fixed by Court order in this matter.  This
27   Stipulation is made and entered into pursuant to Local Rules 6-1(b) and 6-2(a).

28   Order re:

-2-

STIPULATION EXTENDING TIME TO CONDUCT THE COURT-ORDERED DEPOSITIONS OF PLAINTIFF
STEVEN BUSTER AND DIANNE FELTON;  Case No. 3:16-cv-01146-WHA

**THE PARTIES THEREFORE AGREE AND STIPULATE AS FOLLOWS:**

The depositions of Plaintiff Steven K. Buster and Dianne Felton of Mechanics Bank will now take place on July 6, 2016 at 9:00 a.m. at the offices of Plaintiff's counsel, Louderback Law Group, located at 44 Montgomery Street, Suite 2970, San Francisco, California 94104.

DATED: June 16, 2016          TRUCKER ✦ HUSS

By: /s/Joseph C. Faucher
R. Bradford Huss
Joseph C. Faucher
Dylan D. Rudolph
Attorneys for Defendants
COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK; MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, MECHANICS BANK, a California Corporation

DATED: June 16, 2016          LOUDERBACK LAW GROUP

By: /s/Charles M. Louderback
Charles M. Louderback
Attorney for Plaintiff
STEVEN K. BUSTER

I attest that I have obtained Mr. Louderback's concurrence in the filing of this document.

DATED: June 16, 2016          /s/Joseph C. Faucher
Joseph C. Faucher

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 20, 2016

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

Order re:
STIPULATION EXTENDING TIME TO CONDUCT THE COURT-ORDERED DEPOSITIONS OF PLAINTIFF STEVEN BUSTER AND DIANNE FELTON; Case No. 3:16-cv-01146-WHA

-3-