United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN K BUSTER,

      Plaintiff,

  v.

COMPENSATION COMMITTEE OF
THE BOARD OF DIRECTORS OF
MECHANICS BANK, MECHANICS
BANK SUPPLEMENTAL EXECUTIVE
RETIREMENT PLAN, MECHANICS
BANK, a California Corporation,

      Defendants.

                           /

No. C 16-01146 WHA

**ORDER DENYING PLAINTIFF'S
REQUEST TO ADJUST
SCHEDULE FOR DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT**

In June 2016, the scheduling order in this ERISA action set a deadline of August 31 for

defendants to file a motion for summary judgment "to tee up the full case and overall scope of

review."  On August 31, nearly a week after an order denied defendants' motion to dismiss,

defendants filed their motion for summary judgment on plaintiff's claim for denial of benefits as

well as both claims for equitable relief.  More than one week later, and three months after the

scheduling order issued, plaintiff now seeks to hold in abeyance consideration of defendants'

motion for summary judgment as to the equitable relief claims until after plaintiff has filed a

cross-motion for summary judgment on the claim for denial of benefits and after that claim is

decided.

United States District Court

For the Northern District of California

1    Plaintiff knew that he could face a motion for summary judgment on all of his own

2  claims, not just the denial of benefits claim, simultaneously at the time of the scheduling order,

3  but waited until the last minute to seek relief from that schedule.  As ordered, defendants teed

4  up the full case in their motion for summary judgment.  Plaintiff must timely respond to that

5  motion.

6    This order is without prejudice to the possibility that the Court may choose to

7  consolidate the *hearings* on defendants' motion and plaintiff's potential cross-motion for the

8  sake of judicial economy.

9

10   **IT IS SO ORDERED.**

11

12  Dated:    September 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2