R. Bradford Huss (SBN 71303)
Dylan D. Rudolph (SBN 278707)
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111
Telephone:      (415) 788-3111
Facsimile:       (415) 421-2017
E-mail:            bhuss@truckerhuss.com
                       drudolph@truckerhuss.com

Joseph C. Faucher (SBN 137353)
TRUCKER ✦ HUSS
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California  90071
Telephone:      (213) 537-1016
Facsimile:       (213) 537-1020
E-mail:            jfaucher@truckerhuss.com

Attorneys for Defendants
COMPENSATION COMMITTEE OF THE
BOARD OF DIRECTORS OF MECHANICS BANK;
MECHANICS BANK SUPPLEMENTAL
EXECUTIVE RETIREMENT PLAN;
MECHANICS BANK, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. BUSTER,<br><br>                                   Plaintiff,<br><br>              vs.<br><br>COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK; MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN; MECHANICS BANK, a California Corporation,<br><br>                                   Defendants. | Case No.:  3:16-cv-01146-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT FRANK A. WISEHART**<br><br>Hon. William H. Alsup<br><br>Pre-Trial Conference Date: May 17, 2017<br>Time:  2:00 pm<br><br>Trial Date: May 22, 2017 |

The Court has reviewed and considered the evidence and argument presented in support of and in opposition to Defendants' Motion *In Limine* No. 2 to Exclude Testimony of Plaintiff's retained expert Frank Wisehart.  Good cause having been shown,

**IT IS HEREBY ORDERED** that, for the reasons stated in Defendants' Motion, Defendant's Motion to Exclude Testimony of Frank Wisehart is hereby granted.  The Court will not entertain the testimony of Frank Wisehart at the trial of this matter.

May __, 2017

_____
WILLIAM H. ALSUP
District Judge

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111

[PROPOSED] ORDER GRANTING DEFS' MOTION *IN LIMINE* NO. 2 TO EXCLUDE TESTIMONY OF PLTF'S EXPERT FRANK A. WISEHART

Case No. 3:16-cv-01146-WHA

166418.v1

1