Charles M. Louderback, SBN 88788
Stacey L. Pratt, SBN 124892
Justin C. White, SBN 281012
LOUDERBACK LAW GROUP
44 Montgomery Street, Suite 2970
San Francisco, CA  94104
Telephone:  (415) 615-0200
Facsimile:   (415) 795-4775
E-Mail:      clouderback@louderbackgroup.com
             spratt@louderbackgroup.com
             jwhite@louderbackgroup.com

David F. Crutcher, SBN 135407
THE LAW OFFICES OF DAVID F. CRUTCHER
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone:  (415) 419-5120
Facsimile:   (415) 419-5163
E-Mail:      david@crutcherlaw.com

Attorneys for Plaintiff
STEVEN K. BUSTER

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. BUSTER,<br><br>            Plaintiff,<br><br>     v.<br><br>COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK; MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN, MECHANICS BANK, a California Corporation,<br><br>            Defendants. | **Case No.    3:16-cv-01146-WHA**<br><br>**[PROPOSED] FORM OF JUDGMENT**<br><br>Trial Date:   May 22, 2017<br>Time:         7:30 am<br>Location:    Courtroom 8, 19th floor<br>               450 Golden Gate Ave.<br>               San Francisco, CA<br>Judge:        Hon. William H. Alsup |

### ~~[PROPOSED] FORM OF~~ JUDGMENT

The First Amended Complaint of plaintiff STEVEN K. BUSTER ("Plaintiff") against Defendants COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF MECHANICS BANK, MECHANICS BANK SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN (the "Plan"), and MECHANICS BANK (collectively, "Defendants") and Defendants' Counterclaim came on for trial on May 22, 2017, in Department 8 of the above-entitled court, Honorable Judge William ~~H.~~ Alsup presiding.  Charles M. Louderback, and Justin C. White of the Louderback Law Group, and David F. Crutcher of the Law Offices of David F. Crutcher, appeared as attorneys for Plaintiff.  R. Bradford Huss, Joseph C. Faucher and Dylan D. Rudolph of Trucker Huss, APC appeared as attorneys for Defendants.

After opening statements, the presentation of evidence and closing argument, Defendants moved for judgment as a matter of law on Plaintiff's claim for benefits. Having considered the live witness testimony, the trial record, the jointly-submitted pretrial statement with stipulated facts, separately-submitted trial briefs, separately proposed findings of fact and conclusions of law and the oral argument of counsel, the Court issued its Order Denying Motion for Judgment of Law and Setting Forth Findings of Fact and Conclusions of Law (the "Order") on July 14, 2017.  Dkt. 144. The findings of fact and conclusions of law set forth in the Order are fully incorporated herein. Pursuant to the findings of fact and conclusions of law, judgment shall hereby be entered in favor of Plaintiff and against Defendants as set forth below.

The Court having rendered its decision ordered the parties to meet and confer and submit an agreed-upon proposed form of judgment that accurately reflects the benefit payments owed to Plaintiff.  The parties met and conferred and hereby jointly submit this proposed form of judgment for the Court's review and consideration.

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED as follows:

1.   Plaintiff is entitled to monthly benefits under the Plan in the amount of $6,931.32, commencing August 1, 2015, for the duration of Plaintiff's life, then continuing to Plaintiff's

named surviving annuitant, Blair St. John Buster, in the same amount for the remainder of her life, consistent with the terms of the Plan.

2. Payments required to be made under this order will be reduced for the provision of any and all applicable federal and state payroll taxes.

3. This order does not affect the ability of Mechanics Bank, as the Plan's sponsor, to terminate the Plan consistent with the Plan document and other applicable law.

IT IS FURTHER ORDERED that this Court retains continuing jurisdiction to award any such further or additional relief as may be appropriate, including interest on late payments.

IT IS FURTHER ORDERED that the clerk may immediately enter judgment and shall do so forthwith.

IT IS SO ORDERED.

DATED: July 21, 2017.

_____
Honorable William ~~H.~~ Alsup
United States District Judge