|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN K. BUSTER,

      Plaintiff,

  v.

COMPENSATION COMMITTEE OF THE
BOARD OF DIRECTORS OF MECHANICS
BANK; MECHANICS BANK
SUPPLEMENTAL EXECUTIVE
RETIREMENT PLAN; and MECHANICS
BANK, a California Corporation,

      Defendants.

                                     /

No. C 16-01146 WHA

**ORDER ADOPTING IN
FULL REPORT AND
RECOMMENDATION OF
SPECIAL MASTER**

On December 29, 2017, special master Laura Hurtado filed a report and recommendation that plaintiff be awarded **$844,795.60** in attorney's fees and that the special master's fees in the amount of **$8,760** be split 25 percent (**$2,190**) to 75 percent (**$6,570**) between plaintiff and defendants, respectively (Dkt. No. 183). Any objections to or motions regarding the report and recommendation were due by January 12, 2018. As of the date of this order, neither side has filed any such objection or motion. The Court has reviewed and hereby **ADOPTS IN FULL** the special master's report and recommendation.

To facilitate timely payment of the special master's fees, defendants shall promptly transmit, within **FOURTEEN CALENDAR DAYS** of this order, the *entire* amount of said fees

($8,760) to the special master and the award of attorney's fees, less plaintiff's 25 percent of the special master's fees ($842,605.60), to plaintiff.

**IT IS SO ORDERED.**

Dated: January 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE